AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ryu, Donna M. | United States District Court; Northern District of Californi | 01/10/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full-Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Court
1301 Clay Street
Oakland, CA 94612

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Revocable Trust Agreement re family member's estate |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | July 2002 | University of California Retirement Plan (pension on retirement) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 01/10/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 01/10/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 01/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account - Indv. (H) | | | | | | | | | |
| 2. -Dimensional Funds Emerging Market (DFEVX) | | None | J | T | Sold (part) | 05/05/15 | J | A | |
| 3. -Dimensional Funds Int'l Value (DFIVX) | | None | J | T | Sold (part) | 01/30/15 | J | A | |
| 4. -Dimensional Funds Int'l Value (DFIVX) | A | | | | Sold (part) | 05/05/15 | J | A | |
| 5. -Dimensional Funds US Large Value (DFLVX) | A | Dividend | J | T | Buy (add'l) | 03/09/15 | J | | |
| 6. -Dimensional Funds US Large Value (DFLVX) | A | | | | Sold (part) | 01/30/15 | J | A | |
| 7. -Dimensional Funds US Large Value (DFLVX) | A | | | | Sold (part) | 05/05/15 | J | A | |
| 8. -Dimensional Funds US Small Value (DFSVX) | A | Dividend | J | T | Buy (add'l) | 03/09/15 | J | | |
| 9. -Dimensional Funds US Small Value (DFSVX) | A | | | | Sold (part) | 01/30/15 | J | A | |
| 10. -Dimensional Funds US Small Value (DFSVX) | A | | | | Sold (part) | 05/05/15 | J | A | |
| 11. -Dimensional Funds Int'l Small Value (DISVX) | A | | | | Sold (part) | 01/30/15 | J | A | |
| 12. -Dimensional Funds Int'l Small Value (DISVX) | C | | | | Sold (part) | 05/05/15 | J | A | |
| 13. -Dimensional Funds Inter Term Bond (DFTEX) | A | Dividend | J | T | Buy (add'l) | 02/09/15 | J | | |
| 14. -Dimensional Funds Inter Term Bond (DFTEX) | A | | | | Sold (part) | 01/30/15 | J | A | |
| 15. -Dimensional Funds Inter Term Bond (DFTEX) | A | Dividend | J | T | Buy (add'l) | 03/09/15 | J | | |
| 16. -Dimensional Funds Inter Term Bond (DFTEX) | A | Dividend | J | T | Buy (add'l) | 04/09/15 | J | | |
| 17. -Dimensional Funds Inter Term Bond (DFTEX) | A | Dividend | J | T | Buy (add'l) | 06/08/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 01/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Dimensional Funds Global Equity (DGEIX) | | | | | Buy | 05/05/15 | K | | |
| 19. -Dimensional Funds Global Equity (DGEIX) | A | Dividend | J | T | Buy (add'l) | 06/08/15 | J | | |
| 20. -Money Market Fund (SWSXX) | A | Dividend | J | T | Buy (add'l) | 06/08/15 | J | | |
| 21. | | | | | | | | | |
| 22. Brokerage Account - SEP IRA (H) | | | | | | | | | |
| 23. -Money Market Fund (SWSXX) | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |
| 24. -Dimensional Funds Int'l Value (DFIVX) | | | | | Buy (add'l) | 01/30/15 | J | | |
| 25. -Dimensional Funds Int'l Value (DFIVX) | B | Dividend | J | T | Buy (add'l) | 06/08/15 | J | | |
| 26. -Dimensional Funds US Large Value (DFLVX) | A | Dividend | J | T | Buy (add'l) | 03/09/15 | J | | |
| 27. -Dimensional Funds US Large Value (DFLVX) | A | Dividend | J | T | Buy (add'l) | 06/08/15 | J | | |
| 28. -Dimensional Funds US Small Value (DFSVX) | A | Dividend | J | T | Buy (add'l) | 03/09/15 | J | | |
| 29. -Dimensional Funds US Small Value (DFSVX) | A | Dividend | J | T | Buy (add'l) | 06/08/15 | J | | |
| 30. -Dimensional Funds Int'l Small Value (DISVX) | A | Dividend | J | T | Buy (add'l) | 06/08/15 | J | | |
| 31. -Dimensional Funds Int'l Small Value (DISVX) | | | | | Buy (add'l) | 01/30/15 | J | | |
| 32. -Dimensional Funds Inter Term Bond (DFTEX) | A | Dividend | J | T | Buy (add'l) | 02/09/15 | J | | |
| 33. -Dimensional Funds Inter Term Bond (DFTEX) | A | Dividend | J | T | Buy (add'l) | 03/09/15 | J | | |
| 34. -Dimensional Funds Inter Term Bond (DFTEX) | A | Dividend | J | T | Buy (add'l) | 04/09/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 01/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Dimensional Funds Inter Term Bond (DFTEX) | A | Dividend | J | T | Buy (add'l) | 05/08/15 | J | | |
| 36. | | | | | | | | | |
| 37. Brokerage Account - Roth IRA (H) | | | | | | | | | |
| 38. -Money Market Fund (SWSXX) | A | Dividend | J | T | Buy (add'l) | 02/09/15 | J | | |
| 39. -Dimensional Funds Inter Term Bond (DFTEX) | A | Dividend | J | T | Buy (add'l) | 02/09/15 | J | | |
| 40. -Dimensional Funds Inter Term Bond (DFTEX) | A | Dividend | J | T | Buy (add'l) | 03/09/15 | J | | |
| 41. -Dimensional Funds Inter Term Bond (DFTEX) | A | Dividend | J | T | Buy (add'l) | 04/09/15 | J | | |
| 42. -Dimensional Funds Inter Term Bond (DFTEX) | A | Dividend | J | T | Buy (add'l) | 05/08/15 | J | | |
| 43. -Dimensional Funds Inter Term Bond (DFTEX) | A | Dividend | J | T | Buy (add'l) | 06/08/15 | J | | |
| 44. -Dimensional Funds Global Equity (DGEIX) | A | Dividend | J | T | Buy (add'l) | 03/09/15 | J | | |
| 45. -Dimensional Funds Global Equity (DGEIX) | A | Dividend | J | T | Buy (add'l) | 06/08/15 | J | | |
| 46. | | | | | | | | | |
| 47. University of California CAP (H) | | | | | | | | | |
| 48. -Fixed Account (no selection of funds available) | A | Interest | J | T | | | | | |
| 49. | | | | | | | | | |
| 50. TIAA- CREF 529 College Savings Plan (H) | | | | | | | | | |
| 51. -Age Based Portfolio - 18 & Over Index | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 01/10/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | | | | |
| 53. Wells Fargo Bank Accounts | A | Int./Div. | J | T | | | | | |
| 54. | | | | | | | | | |
| 55. Provident Credit Union Accounts | A | Int./Div. | J | T | | | | | |
| 56. | | | | | | | | | |
| 57. ING Direct Accounts | A | Int./Div. | L | T | | | | | |
| 58. | | | | | | | | | |
| 59. Brokerage--Indiv. TOD (H) | | | | | | | | | |
| 60. -Federated Capital Reserves | | None | | | Buy | 09/01/15 | J | | |
| 61. -DFA Intermediate Term Extended Quality Portfolio (DFTEX) | A | Dividend | J | T | Buy (add'l) | 09/10/15 | J | | |
| 62. -DFA Global Equity Portfolio (DGEIX) | A | Dividend | J | T | Buy (add'l) | 09/10/15 | J | | |
| 63. -DFA Intermediate Term Extended Quality Portfolio (DFTEX) | A | Dividend | J | T | Buy (add'l) | 10/09/15 | J | | |
| 64. -Federated Capital Reserves | | | | | Redeemed | 10/20/15 | J | | |
| 65. | | | | | | | | | |
| 66. Bokerage--IRA Rollover (H) | | | | | | | | | |
| 67. -Pershing Prime Reserves | | None | | | Redeemed | 09/10/15 | J | A | |
| 68. -Pershing Prime Reserves | | None | J | T | Buy | 09/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 01/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Pershing Prime Reserves | | | | | Buy (add'l) | 10/02/15 | J | | |
| 70. -DFA Intermediate Term Extended Quality Portfolio (DFTEX) | D | Dividend | K | T | Buy (add'l) | 10/02/15 | J | | |
| 71. -DFA Emerging Markets Fund (DFEVX) | D | Dividend | J | T | Buy (add'l) | 10/02/15 | J | | |
| 72. -DFA International Small-Cap Value Fund (DISVX) | B | Dividend | J | T | Buy (add'l) | 10/02/15 | J | | |
| 73. -DFA U.S. Small-Cap Value Fund (DFSVX) | C | Dividend | J | T | Buy (add'l) | 10/02/15 | J | | |
| 74. -DFA U.S. Large-Cap Value Fund (DFLVX) | B | Dividend | J | T | Buy (add'l) | 10/02/15 | J | | |
| 75. DFA International Value Fund (DFIVX) | B | Dividend | J | T | Buy (add'l) | 10/02/15 | J | | |
| 76. | | | | | | | | | |
| 77. Brokerage--Roth IRA (H) | | | | | | | | | |
| 78. -Pershing Prime Reserves | | None | | | Buy | 09/01/15 | J | | |
| 79. -DFA Intermediate Term Extended Quality Portfolio (DFTEX) | A | Dividend | J | T | Buy (add'l) | 09/10/15 | J | | |
| 80. -DFA Global Equity Portfolio | A | Dividend | J | T | Buy (add'l) | 09/10/15 | J | | |
| 81. -Pershing Prime Reserves | | | | | Buy (add'l) | 09/11/15 | J | | |
| 82. -Pershing Prime Reserves | | | | | Redeemed | 09/11/15 | J | | |
| 83. | | | | | | | | | |
| 84. Brokerage--Indiv. TOD (H) | | | | | | | | | |
| 85. -DFA Global Equity Portfolio (DGEIX) | | None | | | Sold | 10/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 01/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -DFA Intermediate Term Extended Quality Portfolio (DFTEX) | | None | | | Sold | 10/21/15 | J | A | |
| 87. -Wilshire Large Company Growth Fund (DTLGX) | | None | J | T | Buy | 10/22/15 | J | | |
| 88. -Doubleline Total Return Bond Fund (DLTNX) | | | J | T | Buy | 10/22/15 | J | | |
| 89. -Blackrock High Yield Bond Fund (BHYAX) | | | J | T | Buy | 10/22/15 | J | | |
| 90. -Wilshire Large Cap Core Fund (WLCTX) | | | J | T | Buy | 10/22/15 | J | | |
| 91. -Guggenheim Total Return Bond Fund (GIBAX) | | | J | T | Buy | 10/22/15 | J | | |
| 92. -Templeton Global Bond Fund (TPINX) | | | J | T | Buy | 10/22/15 | J | | |
| 93. -Wilshire Small Company Growth Fund (DTSGX) | A | Dividend | J | T | Buy | 10/22/15 | J | | |
| 94. -Wilshire Small Company Value Fund (DTSVX) | | | J | T | Buy | 10/22/15 | J | | |
| 95. -Fidelity U.S. Bond Index Porfolio (FBIDX) | | | J | T | Buy | 10/22/15 | J | | |
| 96. -Wilshire Large Company Value Fund (DTLVX) | | | J | T | Buy | 10/22/15 | J | | |
| 97. GIBAX | A | Dividend | J | T | Buy (add'l) | 11/02/15 | J | | |
| 98. FBIDX | A | Dividend | J | T | Buy (add'l) | 11/02/15 | J | | |
| 99. BHYAX | A | Dividend | J | T | Buy (add'l) | 11/02/15 | J | | |
| 100. DLTNX | A | Dividend | J | T | Buy (add'l) | 11/03/15 | J | | |
| 101. TPINX | A | Dividend | J | T | Buy (add'l) | 11/17/15 | J | | |
| 102. GIBAX | A | Dividend | J | T | Buy (add'l) | 12/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 01/10/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FBIDX | A | Dividend | J | T | Buy (add'l) | 12/01/15 | J | | |
| 104. BHYAX | A | Dividend | J | T | Buy (add'l) | 12/01/15 | J | | |
| 105. DLTNX | A | Dividend | J | T | Buy (add'l) | 12/02/15 | J | | |
| 106. GIBAX | A | Dividend | J | T | Buy (add'l) | 12/04/15 | J | | |
| 107. TPINX | A | Dividend | J | T | Buy (add'l) | 12/16/15 | J | | |
| 108. WLCTX | A | Dividend | J | T | Buy (add'l) | 12/31/15 | J | | |
| 109. DTSVX | A | Dividend | J | T | Buy (add'l) | 12/31/15 | J | | |
| 110. DTLVX | A | Dividend | J | T | Buy (add'l) | 12/31/15 | J | | |
| 111. | | | | | | | | | |
| 112. Brokerage--IRA Rollover (H) | | | | | | | | | |
| 113. -DFA Emerging Markets Value Fund (DFEVX) | | None | | | Sold | 10/05/15 | K | A | |
| 114. -DFA U.S. Large-Cap Value Fund (DFLVX) | | None | | | Sold | 10/05/15 | L | D | |
| 115. -DFA U.S. Small-Cap Value Fund (DFSVX) | | None | | | Sold | 10/05/15 | L | D | |
| 116. -DFA International Value Fund (DFIVX) | | None | | | Sold | 10/05/15 | L | A | |
| 117. -DFA International Small-Cap Value Fund (DISVX) | | None | | | Sold | 10/05/15 | L | D | |
| 118. -DFA Intermediate Term Extended Quality Portfolio (DFTEX) | | None | | | Sold | 10/05/15 | L | A | |
| 119. -WISDOMTREE TR MANAGED FUTURES STRATEGY FD (WDTI) | | None | J | T | Buy | 10/06/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 01/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -VANGUARD MALVERN FDSSHORT-TERM INFLATIONPROTECTED SEC. ETF (VTIP) | | None | J | T | Buy | 10/06/15 | J | | |
| 121. -OPPENHEIMER STEELPATH MLP SELECT 40 FUND CLASS Y (MLPTX) | A | Dividend | | | Buy | 10/06/15 | J | | |
| 122. -SPDR SER TR BARCLAYS1-3 T BILL ETF (BIL) | | None | | | Buy | 10/06/15 | K | | |
| 123. -SPDR GOLD TR GOLD SHS (GLD) | | None | J | T | Buy | 10/06/15 | J | | |
| 124. -PUTNAM ABSOLUTE RETURN 700 FUND CLASS Y (PDMYX) | | | J | T | Buy | 10/06/15 | J | | |
| 125. -POWERSHARES ETF FD TR II S&P 500 LOW (SPLV) VOLATILITY | | | K | T | Buy | 10/06/15 | K | | |
| 126. -PIONEER LONG/SHORT BOND FUND CLASS Y (LSGYX) | | | J | T | Buy | 10/06/15 | J | | |
| 127. -NEUBERGER BERMAN LONG SHORT FUND INSTITUTIONAL CLASS (NLSIX) | | | J | T | Buy | 10/06/15 | J | | |
| 128. -MERGER FUND (MERFX) | | | J | T | Buy | 10/06/15 | J | | |
| 129. -MARKET VECTORS ETF TR GOLD MINERS ETF FD (GDX) | | None | | | Buy | 10/06/15 | J | | |
| 130. -LORD ABBETT FLOATING RATE FUND CLASS F (LFRFX) | | | J | T | Buy | 10/06/15 | J | | |
| 131. -JOHN HANCOCK GLOBAL ABSOLUTE RETURN STRATEGIES FD CL A (JHAAX) | | None | J | T | Buy | 10/06/15 | J | | |
| 132. -JOHN HANCOCK ABSOLUTE RETURN CURRENCY FUND CLASS A (JCUAX) | | None | J | T | Buy | 10/06/15 | J | | |
| 133. -ISHARES TR MSCI USA VALUE FACTOR ETF (VLUE) | | | K | T | Buy | 10/06/15 | K | | |
| 134. -ISHARES TR MSCI USA QUALITY FACTOR ETF (QUAL) | | | K | T | Buy | 10/06/15 | J | | |
| 135. -ISHARES TR MSCI USA MINIMUM VOLATILITY ETF (USMV) | | | J | T | Buy | 10/06/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 01/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. -ISHARES INC MSCI ALLCOUNTRY WORLD MINIMUM VOLATILITY ETF (ACWV) | | | J | T | Buy | 10/06/15 | J | | |
| 137. -INDEX IQ ETF TR IQ MERGER ARBITRAGE ETF (MNA) | A | Dividend | J | T | Buy | 10/06/15 | J | | |
| 138. -INDEXIQ ETF TR IQ HEDGE MACRO TRACKER ETF (MCRO) | | None | J | T | Buy | 10/06/15 | J | | |
| 139. -DEUTSCHE ALTRNTIVE ASSET ALLOCATION FUND CLASS S (AAASX) | | None | | | Buy | 10/06/15 | J | | |
| 140. -AQR MANAGED FUTURES STRATEGY FUND CLASS I (AQMIX) | | | J | T | Buy | 10/06/15 | J | | |
| 141. -CAUSEWAY GLOBAL ABSOLUTE RETURN FUND INSTITUTIONAL CLASS (CGAIX) | | | J | T | Buy | 10/07/15 | J | | |
| 142. -CLS GLOBAL GROWTH FUND CLASS N (CLBLX) | | | K | T | Buy | 10/07/15 | K | | |
| 143. -CLS LONG/SHORT FUND CLASS N (CLEIX) | | | | | Buy | 10/07/15 | K | | |
| 144. -CLS FLEXIBLE INCOME FUND CLASS N (CLFLX) | | | K | T | Buy | 10/07/15 | K | | |
| 145. -CLS GROWTH AND INCOME FUND CLASS N (CLERX) | | | L | T | Buy | 10/07/15 | L | | |
| 146. -CLS GLOBAL DIVERSIFIED EQUITY FUND CLASS N (CLSAX) | | | L | T | Buy | 10/07/15 | L | | |
| 147. -SPDR SER TR BARCLAYS1-3 T BILL ETF (BIL) | | | | | Sold | 10/29/15 | K | | |
| 148. -POWERSHARES EXCHANGE-TRADED FD TR II S&P 500 LOW VOL (SPLV) | | | | | Sold | 10/29/15 | K | | |
| 149. -ISHARES TR MSCI USA MINIMUM VOLATILITY ETF (USMV) | | | | | Sold | 10/29/15 | K | | |
| 150. -ISHARES TR MSCI USA QUALITY FACTOR ETF (QUAL) | | | | | Sold | 10/29/15 | K | | |
| 151. -ISHARES TR MSCI EAFEETF (EFA) | | None | | | Buy | 10/29/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 01/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. -ISHARES TR S&P 500 VALUE ETF (IVE) | | | J | T | Buy | 10/29/15 | J | | |
| 153. -ISHARES TR S&P 500 GROWTH ETF (IVW) | | | K | T | Buy | 10/29/15 | K | | |
| 154. -DEUTSCHE X-TRACKERS MSCI EUROPE HEDGED EQUITY ETF (DBEU) | | None | J | T | Buy | 10/29/15 | J | | |
| 155. -CLBLX | | | | | Sold | 11/03/15 | J | | |
| 156. -USMV | | | | | Buy | 11/03/15 | J | | |
| 157. -CLERX | | | | | Sold | 11/04/15 | J | | |
| 158. -CLSAX | | | | | Sold | 11/04/15 | J | | |
| 159. -EFA | | | | | Sold | 11/05/15 | J | | |
| 160. -USMV | | | | | Buy | 11/05/15 | J | | |
| 161. -CLBLX | | | | | Buy | 11/05/15 | J | | |
| 162. -CLEIX | | | | | Buy | 11/05/15 | J | | |
| 163. -CLFLX | | | | | Buy | 11/05/15 | J | | |
| 164. -CLERX | | | | | Buy | 11/05/15 | J | | |
| 165. -CLSAX | | | | | Buy | 11/05/15 | J | | |
| 166. -MLPTX | | | | | Sold | 11/06/15 | J | | |
| 167. -AMLP | | | | | Buy | 11/06/15 | J | | |
| 168. -DBEU | | | | | Sold | 11/16/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 01/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. -SPLV | | | | | Buy | 11/16/15 | J | | |
| 170. -AAASX | | | | | Sold | 12/01/15 | J | | |
| 171. -COLUMBIA ADAPTIVE ALTS FUND (CLFUX) | | | J | T | Buy | 12/01/15 | J | | |
| 172. -CLEIX | | | | | Sold | 12/07/15 | J | | |
| 173. -CLEIX | | | | | Sold | 12/07/15 | J | | |
| 174. -CLSAX | | | | | Sold | 12/07/15 | J | | |
| 175. -CLFLX | | | | | Buy | 12/07/15 | J | | |
| 176. -CLS GLOBAL AGGRESSIVE EQUTY (CLACX) | | | J | T | Buy | 12/07/15 | J | | |
| 177. -CLACX | | | | | Buy | 12/07/15 | J | | |
| 178. -CLERX | | | | | Buy | 12/07/15 | J | | |
| 179. -SPLV | | | | | Sold | 12/16/15 | J | | |
| 180. -DBEU | | | | | Buy | 12/16/15 | J | | |
| 181. -AMLP | | | | | Sold | 12/18/15 | J | | |
| 182. -VANGUARD ENERGY FUND (VGENX) | | | J | T | Buy | 12/18/15 | J | | |
| 183. -JHAAX | | | | | Sold | 12/21/15 | J | | |
| 184. -CLBLX | | | | | Sold | 12/21/15 | J | | |
| 185. -CLFLX | | | | | Sold | 12/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 01/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186.  -CLERX | | | | | Sold | 12/21/15 | J | | |
| 187.  -SPLV | | | | | Buy | 12/21/15 | J | | |
| 188.  -DBEU | | | | | Sold | 12/22/15 | J | | |
| 189.  -SPLV | | | | | Buy | 12/22/15 | J | | |
| 190.  -CLBLX | | | | | Buy | 12/22/15 | J | | |
| 191.  -CLFLX | | | | | Buy | 12/22/15 | J | | |
| 192.  -CLERX | | | | | Buy | 12/22/15 | J | | |
| 193.  -CLSAX | | | | | Buy | 12/22/15 | J | | |
| 194.  -SPLV | A | Dividend | J | T | Buy (add'l) | 10/30/15 | J | | |
| 195.  -CLEIX | A | Dividend | J | T | Buy (add'l) | 10/30/15 | J | | |
| 196.  -CLFLX | A | Dividend | J | T | Buy (add'l) | 10/30/15 | J | | |
| 197.  -LFRFX | A | Dividend | J | T | Buy (add'l) | 11/02/15 | J | | |
| 198.  -MLPTX | A | Dividend | J | T | Buy (add'l) | 11/09/15 | J | | |
| 199.  -AMLP | A | Dividend | J | T | Buy (add'l) | 11/18/15 | J | | |
| 200.  -SPLV | A | Dividend | J | T | Buy (add'l) | 11/30/15 | J | | |
| 201.  -CLFLX | A | Dividend | J | T | Buy (add'l) | 11/30/15 | J | | |
| 202.  -LFRFX | A | Dividend | J | T | Buy (add'l) | 12/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 01/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203.  -PDMYX | A | Dividend | J | T | Buy (add'l) | 12/22/15 | J | | |
| 204.  CLFUX | A | Dividend | J | T | Buy (add'l) | 12/22/15 | J | | |
| 205.  AQMIX | A | Dividend | J | T | Buy (add'l) | 12/22/15 | J | | |
| 206.  LSGYX | A | Dividend | J | T | Buy (add'l) | 12/24/15 | J | | |
| 207.  NLSIX | A | Dividend | J | T | Buy (add'l) | 12/24/15 | J | | |
| 208.  VGENX | A | Dividend | J | T | Buy (add'l) | 12/28/15 | J | | |
| 209.  ACWV | A | Dividend | J | T | Buy (add'l) | 12/28/15 | J | | |
| 210.  MERFX | A | Dividend | J | T | Buy (add'l) | 12/29/15 | J | | |
| 211.  CLFLX | A | Dividend | J | T | Buy (add'l) | 12/29/15 | J | | |
| 212.  CLBLX | A | Dividend | J | T | Buy (add'l) | 12/30/15 | J | | |
| 213.  CLACX | A | Dividend | J | T | Buy (add'l) | 12/30/15 | J | | |
| 214.  CLERX | A | Dividend | J | T | Buy (add'l) | 12/30/15 | J | | |
| 215.  CLSAX | A | Dividend | J | T | Buy (add'l) | 12/30/15 | J | | |
| 216.  SPLV | A | Dividend | J | T | Buy (add'l) | 12/31/15 | J | | |
| 217.  VLUE | A | Dividend | J | T | Buy (add'l) | 12/31/15 | J | | |
| 218.  QUAL | A | Dividend | J | T | Buy (add'l) | 12/31/15 | J | | |
| 219.  USMV | A | Dividend | J | T | Buy (add'l) | 12/31/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 220. IVE | A | Dividend | J | T | Buy (add'l) | 12/31/15 | J | | |
| 221. IVW | A | Dividend | J | T | Buy (add'l) | 12/31/15 | J | | |
| 222. CGAIX | A | Dividend | J | T | Buy (add'l) | 12/31/15 | J | | |
| 223. | | | | | | | | | |
| 224. Brokerage--Roth IRA (H) | | | | | | | | | |
| 225. -DFA Global Equity Portfolio (DGEIX) | | None | | | Sold | 10/07/15 | J | A | |
| 226. -DFA Intermediate Term Extended Quality Portfolio (DFTEX) | | None | | | Sold | 10/07/15 | J | A | |
| 227. -Vanguard Total International Stock Index Fund ETF (VXUS) | | | J | T | Buy | 10/08/15 | J | | |
| 228. -Vanguard Total Stock Market ETF (VTI) | | | J | T | Buy | 10/08/15 | J | | |
| 229. -Vanguard Total Bond Market ETF (BND) | | | J | T | Buy | 10/08/15 | J | | |
| 230. -Vanguard Total International Bond Index ETF (BNDX) | | | J | T | Buy | 10/08/15 | J | | |
| 231. BNDX | A | Dividend | J | T | Buy (add'l) | 11/06/15 | J | | |
| 232. BND | A | Dividend | J | T | Buy (add'l) | 11/06/15 | J | | |
| 233. BNDX | A | Dividend | J | T | Buy (add'l) | 12/07/15 | J | | |
| 234. BND | A | Dividend | J | T | Buy (add'l) | 12/07/15 | J | | |
| 235. VTI | A | Dividend | J | T | Buy (add'l) | 12/28/15 | J | | |
| 236. VXUS | A | Dividend | J | T | Buy (add'l) | 12/28/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Ryu, Donna M. | 01/10/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 237. BNDX | A | Distribution | J | T | Buy (add'l) | 12/30/15 | J | | |
| 238. BND | A | Dividend | J | T | Buy (add'l) | 12/30/15 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryu, Donna M. | 01/10/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, and Part VII.

Part I:
Line 1: Trust for the benefit of family member.
-I am not the owner or grantor of the trust, I am solely the co-trustee of a revocable trust created for the benefit of a familty member.
-I am a co-trustee for the convenience of my family member, and I have not received any income through the trust or trust assets. In an abundance of caution, I had previously listed the trust property (my mother's house) in Section VII, but that have since been instructed not to list the house in Section VII, since it is not an investment, and I do not receive any income of any kind from the house or the trust.

PartVII:
Lines 3-37: The University of California Capital Accumulation Provision (CAP) account is a supplemental benefit plan held by the University of California. I have no input in selecting how these funds are invested.

Part VII:
Lines 86, 225 and 226 were held and reported in 2014 (See Lines 13, 14, 33 and 34 of my 2014 report). In 2015, I changed brokers and these assets were transferred to the Brokerage -- Individual TOD account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donna M. Ryu**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544